## STATE OF CONNECTICUT *v.* JOSEPH B. MARION
### (14007)

Heiman, Spear and Hennessy, Js.

Argued December 4, 1995—decision released January 9, 1996

*Joseph B. Marion*, pro se, the appellant (defendant).

*Jack W. Fischer*, assistant state's attorney, with whom, on the brief, were *Mark S. Solak*, state's attorney, *Paul Narducci* and *Vincent Dooley*, assistant state's attorneys, and *David J. Sheldon*, deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.